**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SEAN F. MESCALL,

                Plaintiff,

-against-                            25 **CIVIL** 4790 (LLS)

                                         **JUDGMENT**

NEW YORK CITY SUPREME CRIMINAL
COURT; JUDGE ALTHEA DRYSDALE;
MICHAEL FINEMAN, ESQ.; UNAUTHORIZED
REPRESENTATION,

                Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 27, 2025, Plaintiff's request for release from custody is denied without prejudice to his filing a petition for a writ of habeas corpus once he has exhausted all of his available state-court remedies. The Court declines to exercise supplemental jurisdiction of any state law claims Plaintiff may be asserting. See 28 U.S.C. § 1367(c)(3). Accordingly the case is closed.

**Dated:**  New York, New York

      August 29, 2025

                                                          **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                             **BY:**

                                                          **Deputy Clerk**